NICHOLAS J. SANTORO (NBN 532)
JASON D. SMITH (NBN 9691)
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:  nsantoro@santoronevada.com
          jsmith@santoronevada.com

PAUL H. BERGHOFF (*pro hac vice* pending)
MATTHEW J. SAMPSON (*pro hac vice* pending)
DAVID R. GROSBY (*pro hac vice* pending)
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 913-0001 / Fax: (312) 913-0002
Email: berghoff@mbhb.com
         sampson@mbhb.com
         grosby@mbhb.com

*Attorneys for Plaintiffs 3M Company and*
*3M Innovative Properties Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TOVIS NORTH AMERICA, TOVIS COMPANY LIMITED, and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | Case No.: 2:18-cv-01563-RFB-CWH<br><br>**STIPULATION AND ORDER REGARDING EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

WHEREAS, on August 20, 2018, Plaintiffs filed a Complaint against Defendants Scientific Games Corporation, Tovis Company Limited ("Tovis Co., Ltd."), and Tovis North

America ("Tovis N. Am.", and collectively with Tovis Co., Ltd., the "Tovis Defendants"). ECF No. 1.

WHEREAS, on September 11, 2018, service of process was completed upon Tovis N. Am. ECF No. 6. Tovis N. Am's response to the Complaint is currently due on or before October 2, 2018. *Id.*

WHEREAS, Tovis Co., Ltd. is a foreign entity.

WHEREAS, counsel for Plaintiffs and the Tovis Defendants met and conferred regarding the service of process upon Tovis Co., Ltd. as well as the Tovis Defendants' response deadlines to Plaintiffs' Complaint.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rules 6-1(a), 6-2, and 7-1, this 2nd day of October 2018, by Plaintiffs and the Tovis Defendants:

1. In exchange for Tovis Co., Ltd. agreeing to waive service of process (a separate waiver of service to be filed by the parties in short order), Plaintiffs agree that the Tovis Defendants' response to the Complaint shall be due on or before January 2, 2019; and

2. Good cause exists for this Stipulation as the Parties will save time and expense in effectuating foreign service of process and the Tovis Defendants may consolidate their response to the Plaintiffs' Complaint.

\* \* \*

\* \* \*

\* \* \*

\* \* \*

\* \* \*

3. This Stipulation represents the first request for an extension of any deadline in this case and is not made for any purposes of delay.

| Dated this 2nd day of October, 2018. | Dated this 2nd day of October, 2018. |
|---|---|
| **SANTORO WHITMIRE** | **KEMP, JONES & COULTHARD, LLP** |
| /s/ *Jason D. Smith* | */s/ Michael J. Gayan* |
| Nicholas J. Santoro, Esq. (#532) <br> Jason D. Smith, Esq. (#9691) <br> 10100 W. Charleston Blvd., Suite 250 <br> Las Vegas, Nevada 89135 <br> Tel.: (702) 948-8771 / Fax: (702) 948-8773 <br> Email: nsantoro@santoronevada.com <br> jsmith@santoronevada.com | J. Randall Jones, Esq. (#1927) <br> Michael J. Gayan, Esq. (#11135) <br> 3800 Howard Hughes Parkway, 17th Floor <br> Las Vegas, Nevada 89169 <br> Tel.: (702) 385-6000 / Fax: (702) 385-6001 <br> Email: r.jones@kempjones.com <br> m.gayan@kempjones.com |
| Paul H. Berghoff (*pro hac vice* pending) <br> Matthew J. Sampson (*pro hac vice* pending) <br> David R. Grosby (*pro hac vice* pending) <br> **MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP** <br> 300 South Wacker Drive <br> Chicago, IL 60606 <br> Tel: 312.913.0001 / Fax: 312.913.0002 <br> Email: berghoff@mbhb.com <br> sampson@mbhb.com <br> grosby@mbhb.com | *Attorneys for Defendants Tovis North America and Tovis Company Limited* |
| *Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company* | |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 3, 2018