NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 532
JASON D. SMITH, ESQ.
Nevada Bar No. 9691
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email:   nsantoro@santoronevada.com
            jsmith@santoronevada.com

PAUL H. BERGHOFF (admitted *pro hac vice*)
MATTHEW J. SAMPSON (admitted *pro hac vice*)
DAVID R. GROSBY (admitted *pro hac vice*)
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 913-0001 / Fax: (312) 913-0002
Email: berghoff@mbhb.com
         sampson@mbhb.com
         grosby@mbhb.com

*Attorneys for Plaintiffs 3M Company and*
*3M Innovative Properties Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 3M COMPANY, and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TOVIS NORTH AMERICA, TOVIS COMPANY LIMITED, and SCIENTIFIC GAMES CORPORATION,<br><br>Defendants. | Case No.: 2:18-cv-01563-RFB-CWH<br><br>**STIPULATION AND ORDER REGARDING EXTENSION TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST INVOLVING SCIENTIFIC GAMES CORPORATION)** |

WHEREAS, on August 20, 2018, Plaintiffs filed a Complaint against Defendants Scientific Games Corporation, Tovis Company Limited ("Tovis Co., Ltd."), and Tovis North America ("Tovis N. Am.", and collectively with Tovis Co., Ltd., the "Tovis Defendants"). ECF No. 1.

WHEREAS, on October 1, 2018, service of process was completed upon Scientific Games Corporation. ECF No. 10. Scientific Games Corporation's response to the Complaint is currently due on or before October 22, 2018. *Id.*

WHEREAS, on October 3, 2018, the Court entered an Order, ECF No. 12, granting the Parties' Stipulation to Extend Time, ECF No. 11, extending the time for the Tovis Defendants' response to the Complaint until January 2, 2019.

WHEREAS, Scientific Games Corporation is accused of making, using, offering to sell, and/or selling within the United States, and/or importing into the United States, allegedly infringing products which Plaintiffs further allege the Tovis Defendants sell to Scientific Games Corporation, ECF No. 1, ¶¶ 24-25.

WHEREAS, counsel for Plaintiffs and Scientific Games Corporation met and conferred regarding Scientific Games Corporation's response deadline to Plaintiffs' Complaint.

IT IS HEREBY STIPULATED AND AGREED, pursuant to Local Rules 6-1(a), 6-2, and 7-1, this 19th day of October 2018, by Plaintiffs and Scientific Games Corporation:

1. In exchange for Scientific Games Corporation agreeing to file a substantive answer to the complaint on or before January 2, 2019 and further agreeing not to file a Rule 12 motion, or a motion to transfer, on or before January 2, 2019, Plaintiffs agree that the Scientific Games Corporations' response to the Complaint shall be due on or before January 2, 2019;

2. Good cause exists for this Stipulation as it allows Scientific Games Corporation to more fully evaluate Plaintiff's allegations and simplifies scheduling by coordinating all Defendants' responses to the Plaintiffs' Complaint; and

/ /

/ /

3. This Stipulation represents the first request for an extension of any deadline in this case by Scientific Games Corporation and is not made for any purposes of delay.

Dated this 22nd day of October, 2018.

**SANTORO WHITMIRE**

/s/ *Jason D. Smith*
Nicholas J. Santoro, Esq. (#532)
Jason D. Smith, Esq. (#9691)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
jsmith@santoronevada.com

Paul H. Berghoff (admitted *pro hac vice*)
Matthew J. Sampson (admitted *pro hac vice*)
David R. Grosby (admitted *pro hac vice*)
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 South Wacker Drive
Chicago, IL 60606
Tel: 312.913.0001 / Fax: 312.913.0002
Email: berghoff@mbhb.com
sampson@mbhb.com
grosby@mbhb.com

*Attorneys for Plaintiffs 3M Company and 3M Innovative Properties Company*

Dated this 22nd day of October, 2018.

**KEMP, JONES & COULTHARD, LLP**

*/s/ J. Randall Jones*
J. Randall Jones, Esq. (#1927)
Michael J. Gayan, Esq. (#11135)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel.: (702) 385-6000 / Fax: (702) 385-6001
Email: r.jones@kempjones.com
m.gayan@kempjones.com

*Attorneys for Defendants Tovis North America, Tovis Company Limited, and Scientific Games Corporation*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2018